IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MR. MICHAEL L. PACK | : | |
| Plaintiff | : | |
| v. | : | Civil Action No.: AMD-06-1597 |
| BALTIMORE CITY POLICE DEPARTMENT WESTERN DISTRICT and OFFICER J. GOMEZ | : : | |
| Defendants | : | |

...o0o...

MEMORANDUM

This civil rights action was filed on June 21, 2006, together with a motion to proceed in forma pauperis. Because he appears to be indigent, plaintiff's motion shall be granted. The complaint alleges that Officer Gomez failed to file a police report to insure that the driver of a car that struck and injured plaintiff was charged with a crime and subsequently jailed. Paper No. 1. Plaintiff asserts that the failure to file the report is perjury and violates his civil rights. *Id*.

As a victim of a crime, plaintiff has no constitutional right to insist on police cooperation or the prosecution of his assailant. *See Sattler v. Johnson*, 857 F.2d 224, 227 (4th Cir.1988). Under no reasonable interpretation of the factual allegations in the complaint does plaintiff state a federal cause of action and, therefore, complete diversity of citizenship being absent, the complaint must be dismissed. A separate order follows.

Filed: June 22, 2006

\_\_\_/s/_____
Andre M. Davis
United States District Judge